COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ELIZABETH VISCAINO, | § | No. 08-14-00239-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court |
| THE STATE OF TEXAS, | | |
| Appellee. | § | of Presidio County, Texas |
| | § | (TC#5810) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the County Court of Presidio County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit No. 1 (Receipt), State's Exhibit No. 2 ("Disk"), and State's Exhibit 3 (written). The supplemental reporter's record is due in this Court on or before December 23, 2016.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.